■ In the Matter of MICHAEL ERNST CARLSON, EDWARD GRAY HAYDEN, ARCHIE A. MESSENGER, RICHARD H. WELSH, ROBERT EMMET KILLACKEY. (From the State of Illinois.) In the Matter of ALBERT EDWARD CHRISTIE. (From the State of New Jersey.) In the Matter of ALLAN L. GRAUER. (From the State of Nebraska.) In the Matter of HOWARD HENRY LEWIS. (From the State of Texas.) In the Matter of MALCOLM CONRAD PFAUTZ. (From the State of Missouri.) In the Matter of WESLEY E. WHITNEY. (From the State of New Hampshire.) — The several applications by the above-named attorneys from other States, for admission to the Bar of the State of New York, granted. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ In the Matter of MAURICE S. BARUCH, Petitioner. SOLOMON A. KLEIN, Objectant.— Application by petitioner for reinstatement as a member of the Bar. By order of this court dated December 5, 1960 petitioner was suspended from the practice of the law for a period of five years (12 A D 2d 622); operation of the order of suspension was stayed until January 31, 1961 by order dated December 14, 1960. Application denied. Ughetta, Acting P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

■ In the Matter of WILLIAM P. MULLIN, an Attorney, Respondent. RICHMOND COUNTY BAR ASSOCIATION, Petitioner.— On the court's own motion, the effective date of respondent's suspension as directed by the order of this court, dated February 11, 1963 (ante, p. 929), is changed to April 15, 1963; respondent is suspended for a period of nine months from April 15, 1963. Beldock, P. J., Ughetta, Christ, Rabin and Hopkins, JJ., concur.

■ In the Matter of DAVID KUZMIER, Admitted as DAVID X. KUZMIER, an Attorney, Respondent. SUFFOLK COUNTY BAR ASSOCIATION, Petitioner.— Motion by respondent to open his default and for other relief, granted to the extent of permitting him to file an answer; otherwise motion denied. Said answer must be served and filed within 10 days after entry of the order hereon. The stay of the disbarment order, contained in the order to show cause on this motion is vacated. Kleinfeld, Acting P. J., Christ, Brennan, Hill and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH JOHN McCULLERS, Appellant.— Motion by appellant for reargument of his appeal from a judgment of conviction of the former County Court, Queens County, rendered February 23, 1961 upon the verdict of a jury. Motion granted; upon reargument, we adhere to our original decision, dated November 5, 1962 (17 A D 2d 955), affirming the judgment. We have re-examined the record and are of the opinion that, without regard to the appellant's failure to take appropriate exceptions in the court below, the verdict was not against the weight of the evidence, or contrary to the interests of justice, and that in no event would we grant a new trial under section 527 of the Code of Criminal Procedure. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.